

**JACKSON WALKER L.L.P.**
ATTORNEYS & COUNSELORS

Maryellen Shea
713-752-4449 Direct Dial
713-754-6719 Direct Fax
mshea@jw.com

April 9, 2009

**VIA ELECTRONIC FILING**
Clerk of the Court
United States District Court
Southern District of Texas
Galveston Division
601 Rosenberg, Room 411
Galveston, TX  77550

    Re:    Cause No. 09cv044; *American National Insurance Company, et al. v. JPMorgan Chase & Co., and JPMorgan Chase Bank, National Association*; In the United States District Court for the Southern District of Texas, Galveston Division.

Dear Clerk of the Court:

    Attached for filing in the above-referenced matter is *Defendant JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A.'s Certificate of Disclosure of Interested Parties.*

    By copy of this letter, together with a copy of the above document, we are notifying counsel for Plaintiffs of the filing of the same.

Sincerely,

Maryellen Shea

5482433v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, et al. | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:09-CV-00044 |
| FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada, et al. | § § § § | |
| Defendants. | § | |

### DEFENDANTS JPMORGAN CHASE & CO. AND JPMORGAN CHASE BANK, N.A.'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Pursuant to FED R. CIV. P. 7.1 and this COURT'S ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, dated March 26, 2009, the undersigned counsel of record submits this Certificate of Disclosure of Interested Parties for Defendants JPMorgan Chase & Co., and JPMorgan Chase Bank, National Association, as follows:

The undersigned counsel of record states to the best of his knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

*Plaintiffs:*

    a.    American National Insurance Company

    b.    American National Property and Casualty Company

    c.    American National General Insurance Company

    d.    Farm Family Life Insurance Company

    e.    Farm Family Casualty Insurance Company

    f.    Pacific Property and Casualty Company

    g.    American National Lloyds Insurance Company

    h.    National Western Life Insurance Company

    i.    Garden State Life Insurance Company

*Defendants:*

    j.    <u>JPMorgan Chase & Company</u> (publicly traded on the NYSE)

    k.    JPMorgan Chase Bank, National Association

*Intervenor:*

    l.    Federal Deposit Insurance Corporation ("FDIC"), as Receiver for Washington Mutual Bank, Henderson, Nevada

*Interested (unnamed) Party:*

    m.    Washington Mutual, Inc. (On September 26, 2008, Washington Mutual, Inc. filed for Chapter 11 bankruptcy and was delisted from the NYSE)

*Attorneys and law firms:*

    n.    Glen M. Boudreaux (Attorney-in-Charge)
           Maryellen Shea
           Chevazz Brown
           Jackson Walker L.L.P.
           Attorneys for Defendants JPMorgan Chase & Co. and
           JPMorgan Chase Bank, N.A.

    o.    Edward John "Jack" O'Neill (Attorney-in-Charge)
           Jessie Amos
           Aaron G. Fountain
           DLA Piper LLP (US)
           Attorneys for Defendants in Intervention, The Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, Henderson, Nevada.

    p.    Andrew J. Mytelka (Attorney-in-Charge)
           Joe A.C. Fulcher
           M. David Le Blanc
           Joseph R. Russo, Jr.
           Steve Windsor
           James M. Roquemore
           Greer, Herz & Adams, L.L.P.

DATED: April 9, 2009.

Respectfully submitted,

By: *Glen M. Boudreaux* by M. Shea
Glen M. Boudreaux
State Bar No. 02696500
**JACKSON WALKER L.L.P.**
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 - Fax
Email: gboudreaux@jw.com

ATTORNEY-IN-CHARGE FOR
DEFENDANTS JPMORGAN CHASE & CO.,
AND JPMORGAN CHASE BANK, N.A.

OF COUNSEL:
Maryellen Shea
State Bar No.00793948
Chevazz Brown
State Bar No. 24059498
**JACKSON WALKER L.L.P.**
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 - Fax
mshea@jw.com
cbrown@jw.com

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of April, 2009, a true and correct copy of the foregoing document was filed with the Court's ECF filing system, which will provide electronic notification of its filing to all counsel who have appeared in this action, including the following counsel of record:

Mr. Andrew J. Mytelka
Greer, Hertz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone: (409) 797-3200
Facsimile: (409) 766-6424

Mr. Jack O'Neill
Ms. Jessie A. Amos
DLA Piper LLP (US)
Chase Tower
600 Travis Street, Suite 1700
Houston, Texas 77002-3009

Mr. Aaron G. Fountain
DLA Piper LLP (US)
1221 South MoPac Expressway, Suite 400
Austin, Texas 78746-7650

_____
Glen M. Boudreaux
by M. Shea

5482402v.1