IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AMERICAN NATIONAL GENERAL INSURANCE COMPANY, FARM FAMILY LIFE INSURANCE, COMPANY, FARM FAMILY CASUALTY INSURANCE COMPANY, PACIFIC PROPERTY AND CASUALTY COMPANY, AMERICAN NATIONAL LLOYDS INSURANCE COMPANY, NATIONAL WESTERN LIFE INSURANCE COMPANY and GARDEN STATE LIFE INSURANCE COMPANY, | § § § § § § § § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:09-cv-00044 |
| v. | § § | |
| JP MORGAN CHASE & CO. and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, | § § § § | |
| Defendants, | § § | |
| and | § § | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | § § § | |
| Intervenor-Defendant. | § § | |

**CERTIFICATE OF INTERESTED PARTIES BY
INTERVENOR-DEFENDANT THE FDIC-RECEIVER**

In accordance with this Court's Order dated March 26, 2009, Intervenor-Defendant the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver") respectfully submits this Certificate of Interested Parties. In accordance with the

Court's Order, the name of each disclosed corporation whose securities are publicly traded is underlined.

The FDIC-Receiver is an independent agency of the United States Government. The FDIC-Receiver has a financial interest in this litigation.

Upon information and belief, <u>Washington Mutual, Inc.</u> and its subsidiary WMI Investment Corp., which are debtors and debtors-in-possession in bankruptcy cases pending in the Bankruptcy Court for the District of Delaware, have a financial interest in this litigation.

Dated: Houston, Texas
April 9, 2009

Respectfully submitted,

DLA PIPER LLP (US)


By:     /s/ Jack O'Neill
    Edward John "Jack" O'Neill, Jr.
    Attorney-in-Charge for Intervenor-Defendant
    Texas State Bar No. 15288500
    Southern District of Texas Bar No. 3696
    600 Travis Street, Suite 1700
    Houston, Texas 77002
    Telephone: (713) 425-8400
    Facsimile: (713) 425-8401
    jack.oneill@dlapiper.com

    Aaron G. Fountain
    Texas State Bar No. 24050619
    Southern District of Texas Bar No. 960354
    1221 S. MoPac Expressway, Suite 400
    Austin, Texas 78746
    Telephone: (512) 457-7000
    Facsimile: (512) 457-7001
    aaron.fountain@dlapiper.com

    ATTORNEYS FOR INTERVENOR-
    DEFENDANT THE FEDERAL DEPOSIT
    INSURANCE CORPORATION, AS RECEIVER
    FOR WASHINGTON MUTUAL BANK

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 9th day of April, 2009, the foregoing Certificate of Interested Parties was filed with the Court's ECF filing system, which will provide electronic notification of its filing to all counsel who have appeared in this action, and that courtesy copies of same were sent by facsimile to the following counsel of record:

    Andrew J. Mytelka
    Greer, Herz & Adams, L.L.P.
    One Moody Plaza, 18th Floor
    Galveston, Texas 77550
    ATTORNEYS FOR PLAINTIFFS

    Glen M. Boudreaux
    Maryellen Shea
    Chevazz Brown
    Jackson Walker L.L.P.
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    ATTORNEYS FOR DEFENDANTS

                                        /s/ Jack O'Neill
                                    Edward John "Jack" O'Neill, Jr.