UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, et al,<br>    Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO., et al.<br>    Defendants | § § § § § § § § §   CIVIL ACTION NO. 3:09-CV-00044 |

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

Plaintiffs, pursuant to Court Order and subject to and without waiving Plaintiffs' right to seek remand, file this Disclosure of Interested Parties listing all persons known to counsel to be so interested, on all sides of the case, whether represented by counsel, Plaintiff submits the following list:

PLAINTIFFS:

<u>American National Insurance Company</u>

American National Property and Casualty Company

American National General Insurance Company

Farm Family Life Insurance Company

Farm Family Casualty Insurance Company

Pacific Property and Casualty Company

American National Lloyds Insurance Company

National Western Life Insurance Company

Garden State Life Insurance Company

DEFENDANTS:

<u>JPMorgan Chase & Co.</u>

JPMorgan Chase Bank, National Association

ATTORNEYS AND LAW FIRMS:

Glen M. Boudreaux (Attorney-in-Charge)
Maryellen Shea
Chevazz Brown
Jackson Walker L.L.P.
Attorneys for Defendants

Andrew J. Mytelka (Attorney-in-Charge)
Joe A.C. Fulcher
M. David Le Blanc
Joseph R. Russo, Jr.
Steve Windsor
James M. Roquemore
Greer, Herz & Adams, LLP
Attorneys for Plaintiffs


GREER, HERZ & ADAMS, L.L.P.

By: _____
James M. Roquemore
State Bar No. 24058082
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200
(409) 766-6424 (FAX)

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that on this 9th day of April, 2009, a true and correct copy of the foregoing document was filed with the Court's ECT filing system, which will provide electronic notification of its filing to all counsel who have appeared in this action, including the following counsel of record:

Glen M. Boudreaux
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010

Jack O'Neill
Ms. Jessie A. Amos
DLA Piper LLP (US)
Chase Tower
600 Travis Street, Suite 1700
Houston, TX 77002-3009

Aaron G. Fountain
DLA Piper LLP (US)
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-7650

_____
James M. Roquemore