IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AMERICAN NATIONAL GENERAL INSURANCE COMPANY, FARM FAMILY LIFE INSURANCE, COMPANY, FARM FAMILY CASUALTY INSURANCE COMPANY, PACIFIC PROPERTY AND CASUALTY COMPANY, AMERICAN NATIONAL LLOYDS INSURANCE COMPANY, NATIONAL WESTERN LIFE INSURANCE COMPANY and GARDEN STATE LIFE INSURANCE COMPANY, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3:09-cv-00044 |
| v. | § | |
| JP MORGAN CHASE & CO. and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, | § | |
| Defendants, | § | |
| and | § | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | § | |
| Intervenor-Defendant. | § | |

## UNOPPOSED ORDER

The Court has considered the Motion for Leave to File Reply to Plaintiffs' Response to Intervenor's Motion to Transfer or Dismiss for Improper Venue, filed by Intervenor-Defendant, the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, Henderson, Nevada, and finds said Motion to be meritorious.

It is therefore ORDERED that said Motion is hereby GRANTED, and that the FDIC-Receiver have up to and including May 11, 2009 to file its Reply to Plaintiffs' Response to Motion to Transfer.

SIGNED this 3rd day of April, 2009.

*Frances H. Stacy*