IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, et al., § § § § Plaintiffs, § § v. § § JP MORGAN CHASE & CO. § and JP MORGAN CHASE BANK, § NATIONAL ASSOCIATION, § § Defendants, § § and § § FEDERAL DEPOSIT INSURANCE § CORPORATION, § § Intervenor-Defendant. § | CIVIL ACTION NO. 3:09-cv-00044 |

## ORDER

The Court, after considering Plaintiffs' Motion to Strike FDIC-Receiver's Response to Plaintiffs' Notice of Authority [Doc.32] and the Response of Intervenor-Defendant FDIC-Receiver in Opposition to Plaintiffs' Motion to Strike FDIC-Receiver's Response to Plaintiffs' Notice of Authority [Doc.32], finds that plaintiffs' motion should be denied.

It is therefore ORDERED that Plaintiffs' Motion to Strike FDIC-Receiver's Response to Plaintiffs' Notice of Authority [Doc.32] is hereby DENIED.

SIGNED this ____ day of _____, 2009.

_____
HON. MELINDA HARMON
UNITED STATES DISTRICT JUDGE

WEST\21757477.1