UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Galveston | Case Number | 3:09-cv-00044 |
|---|---|---|---|

| American National Insurance Company, et al. | | | |

| *versus* | | | |

| JPMorgan Chase & Co., et al. | | | |

This lawyer, who is admitted to the State Bar of _____ New York (1st Dep't) _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | John J. Clarke, Jr.<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 335-4920<br>New York: No. 2391761<br>S.D.N.Y., E.D.N.Y., 2d Cir., D.C. Cir., Supreme Ct |
|---|---|

Seeks to appear as the attorney for this party:

| Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank | |
|---|---|
| Dated: August 11, 2009 | Signed: _[signature]_ |

| COURT USE ONLY: The state bar reports that the applicant's status is: _active_ | |
|---|---|
| Dated: 08/13/09 | Signed: _N. Dippen_<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _August 21, 2009_    _[signature]_
                            United States District Judge