UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, *et al*, | } } } | |
| Plaintiffs, | } | |
| VS. | } | CIVIL ACTION NO. G-09-44 |
| | } | |
| FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA, *et al*, | } } } | |
| | } | |
| Defendants. | } | |

## <u>NOTICE OF TRANSFER</u>

By agreement of the judges, this action is hereby TRANSFERRED to the docket of Judge

Kenneth M. Hoyt.

Deadlines remain in effect.  Court settings are vacated.

Date:  August 25, 2009              DAVID BRADLEY, ACTING CLERK
                                    By:  H. Tippen, Deputy Clerk