UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-09-44 |
| | § § | |
| FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA, *et al*, | § § § § | |
| Defendants. | § § | |

## **ORDER**

The Court, after considering Plaintiffs' Motion to Strike FDIC-Receiver's Response to Plaintiffs' Notice of Authority [Doc.32] and the Response of Intervenor-Defendant FDIC-Receiver in Opposition to Plaintiffs' Motion to Strike FDIC-Receiver's Response to Plaintiffs' Notice of Authority [Doc.32], finds that plaintiffs' motion should be denied.

It is therefore ORDERED that Plaintiffs' Motion to Strike FDIC-Receiver's Response to Plaintiffs' Notice of Authority [Doc.32] is hereby DENIED.

SIGNED at Houston, Texas this 3rd day of September, 2009.

_____
Kenneth M. Hoyt
United States District Judge