UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-09-44 |
| | § § | |
| FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA, *et al*, | § § § § | |
| Defendants. | § § | |

## ORDER

The Court, after considering Plaintiffs' Motion for Remand, the Response of Intervenor-Defendant FDIC-Receiver in Opposition to Plaintiffs' Motion for Remand, and the JPMorgan Chase Defendants' Opposition to Plaintiffs' Motion for Remand, finds that remand of the present case is unwarranted.

It is therefore ORDERED that Plaintiffs' Motion for Remand is hereby DENIED.

SIGNED at Houston, Texas this 3rd day of September, 2009.

_____
Kenneth M. Hoyt
United States District Judge