UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, *et al*, <br><br>　　　Plaintiffs, <br> VS. <br><br> FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA, *et al*, <br><br>　　　Defendants. | § § § § § § § § § § § § CIVIL ACTION NO. G-09-44 |

### ORDER

Before the Court is the plaintiffs' motion seeking reconsideration of the Court's September 3, 2009, Order denying remand of the action to state court [Inst. No. 46]. The Court carefully considered this case at the outset. The matter does not turn on facts but on a question of law. Therefore, the plaintiffs' motion for reconsideration is Denied. *See* [TRANSFER ORDER].

It is so Ordered.

SIGNED at Houston, Texas this 11th day of September, 2009.

_____
Kenneth M. Hoyt
United States District Judge