

DCD_ECFNotice@dcd.uscourts.gov

09/16/2009 02:50 PM

To InterdistrictTransfer_TXSD@txs.uscourts.gov

cc

bcc

Subject Transferred case has been opened

CASE: 3:09-cv-00044

DETAILS: Case transferred from Texas Southern has been opened in District of Columbia as case 1:09-cv-01743, filed 09/14/2009.